# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO ORTEGA, | Case No. 1:21-cv-00665-EPG-HC |
| Petitioner, | ORDER DIRECTING PETITIONER TO NOTIFY COURT REGARDING VENUE |
| v. | |
| KINGS COUNTY JAIL, | |
| Respondent. | |

On April 21, 2021, the Court received a petition for writ of habeas corpus filed by Petitioner Alfredo Ortega. (ECF No. 1). Therein, Petitioner challenges his assignment to the administrative segregation unit of the Kings County Jail. (Id. at 3).[1] Attached to the petition is a copy of the administrative grievance Petitioner filed and the Sheriff's first, second, and third level responses. (Id. at 7–13).

Petitioner used a HC-001 form approved by the Judicial Council of California and listed the Superior Court of California, County of Kings in Hanford, California as the applicable court. (ECF No. 1 at 1). However, the instant petition was received by this Court—the Fresno Division of the United States District Court for the Eastern District of California. Although the petition was submitted to this Court, it appears that Petitioner seeks to present his claims to the Kings County Superior Court.

---

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

Accordingly, IT IS HEREBY ORDERED that within **THIRTY (30) days** from the date of service of this order Petitioner shall either:

1. Notify the Court that he wishes to proceed with his habeas petition in the federal district court; OR

2. Voluntarily dismiss the instant action so that Petitioner may file his petition and present his claims to the Kings County Superior Court.

IT IS SO ORDERED.

Dated:   **April 27, 2021**   /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE